Fill in this information to identify the case:

Debtor name: Canadian River Ranch, LLC
United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Boomer State Outdoors, LLC 12384 West 81st Street South Sapulpa, OK 74066-8141 | | | | | | $120,664.62 |
| Hockley County Cattle Company, Inc. c/o Steven Garner PO Box 429 Eufaula, OK 74432 | | | | | | $0.00 |
| Jessica L. Brown PLLC 9450 SW Gemini Dr. #99088 Beaverton, OR 97008-7105 | | | | | | $0.00 |
| Karen Annette Smith 700 Nettleton Dr. Southlake, TX 76092 | | | Contingent Unliquidated Disputed | | | $8,500,000.00 |
| Lazy K Cattle Company, LLC 2956 Via Esperanza Edmond, OK 73013 | | | | | | $0.00 |
| Stipe Law Firm 343 East Carl Albert Pkwy. PO Box 1369 McAlester, OK 74502 | | | | | | $6,296.31 |
| Tekell & Tekell, LLP Roosevelt Building 400 Austin Ave. Ste. 1000 Waco, TX 76701 | | | | | | $0.00 |